Duty at the rate of 3 cents per pound, but not less than 20 per centum ad valorem, under paragraph 706 of the Tariff Act of 1930, as modified, is $3,972.60.

To the extent indicated, the protest is sustained. As to all other claims and in all other respects, the protest is overruled.

Judgment will be entered accordingly.

**No. 65022.**—Bunge Corporation *v.* United States, protests 265981–K and 265983–K (Laredo).

Opinion by DONLON, J. · In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in · *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65023.**—The Quaker Maid Company, Inc. *v.* United States, protest 271035–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65024.**—North Atlantic Fruit Corp. *v.* United States, protest 304153–K (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65025.**—SUIT 4980.—United States *v.* Schmidt Pritchard & Co. and Mangano Cycles Co.— —C.D. 2029 affirmed July 20, 1960. C.A.D. 750.

BEFORE THE FIRST DIVISION, JANUARY 9, 1961

**No. 65026.**—Pez Haas, Inc. *v.* United States, protest 59/5089 (New York).

OLIVER, Chief Judge: Plaintiff, an importer of candy, imported certain candy dispensers, consisting of a "Pez" gun which, at the time of importation, contained, in the magazine compartment thereof, a supply of "Pez" peppermints (plaintiff's exhibit 1). The imported merchandise was assessed with duty at the rate of 14 per centum ad valorem under the provision in paragraph 506 of the